Benjamin JONES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 88825.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 4, 2007.

Scott Thompson, Saint Louis, MO, for Appellants.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary H. Moore, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before MARY K. HOFF, P.J., SHERRI B. SULLIVAN, J., and GEORGE W. DRAPER, III, J.

*ORDER*

PER CURIAM.

Benjamin Jones appeals from the trial court's judgment denying his Rule 24.035 [1] motion for postconviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's findings of fact and conclusions of law are not clearly erroneous. Rule 24.035(k); *Kniest v. State,* 133 S.W.3d 70, 71 (Mo. App. E.D.2003). An extended opinion would have no precedential value. We have, however, provided a memorandum

1. All rule references are to Mo. R.Crim. P.2006, unless otherwise indicated.

setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

1. All rule references are to Mo. R.Crim.

We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's findings, conclusions, and judgment are not clearly erroneous. *Tillman v. State,* 939 S.W.2d 388, 389 (Mo. App. E.D.1996). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).